IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TRAFFIC INFORMATION, LLC § § *Plaintiff*, § vs. § § AMERICAN HONDA MOTOR CO., INC., § CBS RADIO INC., CREST INFINITI II, L.P., § MERCEDES-BENZ USA, LLC, § NISSAN NORTH AMERICA, INC., § PIONEER ELECTRONICS (USA) INC., § TOYOTA MOTOR SALES, U.S.A., INC., § XM SATELLITE RADIO HOLDINGS INC., § XM SATELLITE RADIO INC., XM § RADIO INC., NAVTEQ CORPORATION, § and TRAFFIC.COM, INC. § § *Defendants*. § | Case No. 2:07-cv-391 - TJW **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Notice is hereby given that attorney Charles Ainsworth enters his appearance in this matter as additional counsel for Plaintiff, Traffic Information, LLC, for the purpose of receiving notices from the Court.

                Respectfully submitted,

                */s/ Charles Ainsworth*
                CHARLES AINSWORTH
                State Bar No. 00783521
                Robert Christopher Bunt
                State Bar No. 00787165
                PARKER, BUNT & AINSWORTH, P.C.
                100 E. Ferguson, Suite 1114
                Tyler, Texas 75702
                (903) 531-3535
                (903) 533-9687 – facsimile
                rcbunt@pbatyler.com
                charley@pbatyler.com
                Attorneys for Plaintiff,
                TRAFFIC INFORMATION, LLC

-2-

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 20th day of September, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Charles Ainsworth*
Charles Ainsworth