IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TRAFFIC INFORMATION, LLC § § *Plaintiff*, § vs. § § AMERICAN HONDA MOTOR CO., INC., § CBS RADIO INC., CREST INFINITI II, L.P., § MERCEDES-BENZ USA, LLC, § NISSAN NORTH AMERICA, INC., § PIONEER ELECTRONICS (USA) INC., § TOYOTA MOTOR SALES, U.S.A., INC., § XM SATELLITE RADIO HOLDINGS INC., § XM SATELLITE RADIO INC., XM § RADIO INC., NAVTEQ CORPORATION, § and TRAFFIC.COM, INC. § § *Defendants*. | Case No. 2:07-cv-391 <br><br> **JURY TRIAL DEMANDED** |

NOTICE OF APPEARANCE

Notice is hereby given that John T. Polasek is entering his appearance as counsel for the Plaintiff Traffic Information, LLC, for the purpose of receiving notice from the court.

Respectfully submitted,

Dated: September 20, 2007       By:   /s/ John T. Polasek
Randy J. McClanahan
State Bar No. 13391500
randy@mcllp.com
MCCLANAHAN & CLEARMAN, L.L.P.
700 Louisiana, Suite 4100
Houston, Texas 77002
Telephone: (713) 223-2005
Facsimile: (713) 223-3664

C. Dale Quisenberry
State Bar No. 24005040
dquisenberry@pqelaw.com
John T. Polasek
State Bar. No. 16088590

tpolasek@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

Franklin Jones, Jr.
State Bar No. 00000055
maizieh@millerfirm.com
JONES AND JONES, INC., P.C.
201 West Houston Street
P.O. Drawer 1249
Marshall, Texas 75671-1249
Telephone: (903) 938-4395
Facsimile: (903) 938-3360

S. Calvin Capshaw
State Bar No. 03783900
ccapshaw@mailbmc.com
Elizabeth L. DeRieux
State Bar No. 05770585
ederieux@mailbmc.com
Andrew W. Spangler
State Bar No. 24041960
aspangler@mailbmc.com
BROWN MCCARROLL, L.L.P.
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

Otis W. Carroll
State Bar No. 03895700
nancy@icklaw.com
J. Wesley Hill
State Bar No. 24032294
wesleyhill@icklaw.com
IRELAND, CARROLL & KELLEY, P.C
6101 S. Broadway, Suite 500
P.O. Box 7879
Tyler, Texas 75711
Telephone: (903) 561-1600
Facsimile: (903) 581-1071

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 20th day of September, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

                                         /s/ John T. Polasek