IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TRAFFIC INFORMATION, LLC | § | |
| | § | |
| *Plaintiff*, | § | |
| vs. | § | |
| | § | |
| AMERICAN HONDA MOTOR CO., INC., | § | Case No. 2:07-cv-391 |
| CBS RADIO INC., CREST INFINITI II, L.P., | § | |
| MERCEDES-BENZ USA, LLC, | § | |
| NISSAN NORTH AMERICA, INC., | § | |
| PIONEER ELECTRONICS (USA) INC., | § | **JURY TRIAL DEMANDED** |
| TOYOTA MOTOR SALES, U.S.A., INC., | § | |
| XM SATELLITE RADIO HOLDINGS INC., | § | |
| XM SATELLITE RADIO INC., XM | § | |
| RADIO INC., NAVTEQ CORPORATION, | § | |
| and TRAFFIC.COM, INC. | § | |
| | § | |
| *Defendants*. | | |

NOTICE OF APPEARANCE

Notice is hereby given that C. Dale Quisenberry is entering his appearance as counsel for the Plaintiff Traffic Information, LLC, for the purpose of receiving notice from the court.

Respectfully submitted,

Dated: September 24, 2007      By:   /s/ C. Dale Quisenberry
                                     Robert M. Parker
                                     State Bar No. 15498000
                                     rmparker@pbatyler.com
                                     Robert Christopher Bunt
                                     State Bar No. 00787165
                                     rcbunt@pbatyler.com
                                     Charles L. Ainsworth
                                     State Bar No. 00783521
                                     charley@pbatyler.com
                                     PARKER, BUNT & AINSWORTH, P.C.
                                     100 East Ferguson, Suite 1114
                                     Tyler, Texas 75702
                                     Telephone: (903) 531-3535
                                     Facsimile: (903) 533-9687

C. Dale Quisenberry
State Bar No. 24005040
dquisenberry@pqelaw.com
John T. Polasek
State Bar. No. 16088590
tpolasek@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010


Franklin Jones, Jr.
State Bar No. 00000055
maizieh@millerfirm.com
JONES AND JONES, INC., P.C.
201 West Houston Street
P.O. Drawer 1249
Marshall, Texas 75671-1249
Telephone: (903) 938-4395
Facsimile: (903) 938-3360


ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 24th day of September, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

    /s/ C. Dale Quisenberry