**Appendix K**                                                    **Revised: 1/24/07**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT
2007 SEP 27 AM 10: 23
TX EASTERN-MARSHALL

1. This application is being made for the following: Case # __2:07-cv-00391__
Style __Traffic Information, LLC v. American Honda Motor Co., Inc., et al.__
2. Applicant is representing the following party/ies: __Mercedes-Benz USA, LLC__
3. Applicant was admitted to practice in __New York__ (state) on __July 12, 1993__
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/has not had an application for admission to practice before another court
circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/(has not ever had) the privilege to practice before another court suspended (please circle).
If so, give complete information on a separate page.
8. Applicant has/(has not been) disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__New York State, Appellate Division - First Department__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __William Christian Gehris__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States

Date __9/26/07__             Signature _____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __William Christian Gehris__

State Bar Number __not applicable; Registration # 2561702__

Firm Name: __Davidson, Davidson & Kappel, LLC__

Address/P.O. Box: __485 Seventh Avenue, 14th Floor__

City/State/Zip: __New York, NY 10018__

Telephone #: __(212) 736-1940__

Fax #: __(212) 736-2427__

E-mail Address: __wgehris@ddkpatent.com__

Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __9/27/07__

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

Receipt for Payment  Receipt No. 92-3-0003045

# United States District Court

for the
Eastern District of Texas at Marshall

Date: **Thursday, September 27, 2007**

Received from:

**BAKER BOTTS**
**HOUSTON, TX**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: **Check**
Case or other reference: **2:07cv391 PHV GEHRIS**
Comments: **CK1015998**

Received by: **pa**