IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TRAFFIC INFORMATION, LLC<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN HONDA MOTOR COM., INC.,<br>CBS RADIO INC., CREST INFINITI II, L.P.,<br>MERCEDES-BENZ USA, LLC,<br>NISSAN NORTH AMERICA, INC.,<br>PIONEER ELECTRONICS (USA) INC.,<br>TOYOTA MOTOR SALES, U.S.A., INC.,<br>XM SATELLITE RADIO HOLDINGS INC.,<br>XM SATELLITE RADIO INC.,<br>XM RADIO INC., NAVTEQ CORPORATION,<br>and TRAFFIC.COM, INC.<br><br>Defendants. | Case No. 2:07-cv-391 (TJW)<br><br>Jury Trial Demanded |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, James F. Hurst, enters his appearance in this matter as counsel for Defendant Traffic.com, Inc., for the purpose of receiving notices and orders from the Court.

DATED this 28th day of September, 2007.

                                                Respectfully submitted,

                                                /s/ James F. Hurst
                                                James F. Hurst
                                                Illinois Bar No. 06202190
                                                David E. Koropp
                                                Illinois Bar No. 06201442
                                                Winston & Strawn LLP
                                                35 W. Wacker Drive
                                                Chicago, IL 60601-9703
                                                Telephone:  (312) 558-5600
                                                Facsimile: (312) 558-5700
                                                E-mail: jhurst@winston.com

S. Calvin Capshaw
State Bar No. 0378390
Elizabeth L. DeRieux
State Bar No. 05770585
N. Claire Abernathy
State Bar No. 24053063
BROWN MCCARROLL, LLP
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
Telephone:  (903) 236-9800
Facsimile:   (903) 236-8787
E-mail: ccapshaw@mailbmc.com
E-mail: ederieux@mailbmc.com
E-mail: cabernathy@mailbmc.com

**ATTORNEYS FOR DEFENDANT
TRAFFIC.COM, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served this September 28, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CD-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.


/s/ James F. Hurst
James F. Hurst