**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **TRAFFIC INFORMATION, LLC** | § § | |
| **Plaintiff,** | § § | |
| v. | § § | Civil Action No. 2:07-CV-00391 |
| **AMERICAN HONDA MOTOR CO., INC., CBS RADIO INC., CREST INFINITI II, L.P., MERCEDES-BENZ USA, LLC, NISSAN NORTH AMERICA, INC., PIONEER ELECTRONICS (USA) INC., TOYOTA MOTOR SALES, U.S.A., INC., XM SATELLITE RADIO HOLDINGS INC., XM SATELLITE RADIO INC., XM RADIO INC., NAVTEQ CORPORATION, AND TRAFFIC.COM, INC.** | § § § § § § § § § | **JURY TRIAL DEMANDED** |
| **Defendant.** | | |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendants XM Satellite Radio Holdings, Inc., XM Satellite Radio Inc., and XM Radio Inc., ("XM"), file this Notice of Appearance of Counsel, to notify the Court that Ruffin B. Cordell, of the law firm Fish & Richardson P.C., located at 1425 K Street, N.W., Suite 1100, Washington, D.C. 20005 is appearing as counsel for XM in the above-referenced matter. All pleadings, discovery, correspondence, and other materials may be served upon counsel at the above-referenced physical address or at cordell@fr.com for the purposes of Local Rule C.V.5.

Dated: October 1, 2007

Respectfully submitted,

FISH & RICHARDSON P.C.

By: /s/ Ruffin B. Cordell
Ruffin B. Cordell
Texas State Bar No. 04820550
E-mail: cordell@fr.com

Fish & Richardson P.C.
1425 K Street, N.W., Suite 1100
Washington, D.C. 20005
(202) 783-5070 (telephone)
(202) 783-2331 (facsimile)

Attorney for Defendants XM Satellite Radio Holdings, Inc., XM Satellite Radio Inc., and XM Radio, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this **NOTICE OF APPEARANCE** via the court's CM/ECF system per Local Rule CV-5(a)(3) on October 1, 2007. Any other counsel of record will be served by electronic mail:

Robert Christopher Bunt
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Ste. 1114

2

Tyler, TX 75702
903/531-3535
Fax: 903/533-9687
Email: rcbunt@pbatyler.com


C. Dale Quisenberry Polasek,
Quisenberry & Errington, LLP
6750 West Loop South  Suite 920
Bellaire, TX 77401
832/778-6000
Fax: 832/778-6010
Email: dquisenberry@pqelaw.com


Charles Ainsworth
Parker Bunt & Ainsworth
100 E Ferguson  Suite 1114
Tyler, TX 75702  US
903/531-3535
Fax: 903/533-9687
Email: charley@pbatyler.com


Franklin Jones, Jr
Jones & Jones - Marshall
201 W Houston St
PO Drawer 1249
Marshall, TX 75670
903/938-4395
Fax: 9039383360
Email: maizieh@millerfirm.com


John T Polasek
Polasek, Quisenberry & Errington, LLP
6750 West Loop South  Suite 920
Bellaire, TX 77401
832/778-6000
Fax: 832/778-6010
Email: tpolasek@pqelaw.com

Elizabeth L. DeRieux
Brown McCarroll
1127 Judson Rd - Ste 220
PO Box 3999
Longview, TX 75606-3999
903/236-9800
Fax: 9032368787
Email: ederieux@mailbmc.com

/s/ Ruffin B. Cordell
Ruffin B. Cordell