IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TRAFFIC INFORMATION, LLC §<br>§<br>*Plaintiff*, §<br>§<br>vs. §<br>§<br>AMERICAN HONDA MOTOR CO., INC., §<br>*et al.* §<br>§<br>*Defendants*. § | Case No. 2-07CV-00391-TJW |

**STIPULATION OF DISMISSAL WITH PREJUDICE
OF DEFENDANTS NAVTEQ CORPORATION,
TRAFFIC.COM, INC. AND CBS RADIO INC.**

Plaintiff Traffic Information, LLC ("Traffic") and defendants Navteq Corporation ("Navteq") and Traffic.com, Inc. ("Traffic.com") stipulate that they have reached final agreement on settlement of the claims and counterclaims made in this action and all other claims or counterclaims that might have been brought relating to U.S. Patent Nos. 6,466,862, 6,574,548 and 6,785,606, and all related patents and patent applications identified in the settlement agreement, based upon the agreement, consent and approval of the parties, Traffic, Navteq and Traffic.com, through their respective attorneys, further stipulate as follows:

1.   This Court has personal jurisdiction over Traffic, Navteq and Traffic.com, and over the subject matter of this action.

2.   Each claim made and that could have been made by Traffic against Navteq and Traffic.com, and each counterclaim made and that could have been made by Navteq and/or Traffic.com against Traffic, in this action is hereby

dismissed with prejudice on the basis of the settlement reached, pursuant to Fed. R. Civ. P. 41.

3. Each party shall bear its own costs and attorneys' fees.

4. Traffic's claims against the other defendants in this action shall remain pending, except for Traffic's claims against CBS Radio, Inc., which are hereby dismissed with prejudice on the basis of the agreement between Traffic, Navteq and Traffic.com, pursuant to Fed. R. Civ. P. 41.

5. The Court shall retain jurisdiction over this matter to insure that the terms and conditions of the parties' settlement agreement are honored and enforced.

AGREED TO AND ACCEPTED BY:


/s/     C. Dale Quisenberry
C. Dale Quisenberry
dquisenberry@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

*Counsel for Traffic Information, LLC*


/s/     David E. Koropp by C. Dale Quisenberry with permission
David E. Koropp
dkoropp@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5146
Facsimile: (312) 558-5700

*Counsel for Navteq Corporation and Traffic.com, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 7th day of January, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

/s/   C.   Dale   Quisenberry